

**United States District Court**
Central District of California
**Office of the Clerk**

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Sara Tse Soo Hoo**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

August 24, 2018

 Stanley Mosk Courthouse 
 111 N. Hill Street 
 Los Angeles, CA 90012 

Re:  Case Number:      2:17–cv–05791–JAK–MRW     
     Previously Superior Court Case No.     BC666151     
     Case Name:      Alfonso Guzman v. Estes Express Lines et al     

Dear Sir/Madam:

Pursuant to this Court's ORDER OF REMAND issued on     August 15, 2018    , the above–referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below. Thank you for your cooperation.

United States Courthouse
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

Respectfully,

Clerk, U.S. District Court

By:  /s/ *Brent Pacillas* 
 Deputy Clerk
 Brent_Pacillas@cacd.uscourts.gov

*Encls.*
*cc: Counsel of record*

---

Receipt is acknowledged of the documents described above.

Clerk, Superior Court

_____              By: _____
Date                                            Deputy Clerk